# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-09901 JAK (JCx) | Date | July 5, 2011 |
|---|---|---|---|
| Title | Caitlan Perez v. Enhanced Recovery Company, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On July 1, 2011, plaintiff filed "Notice of Settlement" [25]. The Court sets an Order to Show Cause re Dismissal for September 1, 2011 at 8:30 a.m. If the parties file a dismissal by August 31, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Settlement, Final Pretrial Conference and Jury Trial are vacated.

**IT IS SO ORDERED.**

                 : 

Initials of Preparer  ak