1  Jon M. Leader (SBN: 147059)
2  jleader@lglaw.la
   Robert B. Broadbelt (SBN: 11714)
3  rbroadbelt@lglaw.la
4  **LEADER GORHAM LLP**
   1990 South Bundy Drive, Suite 390
5  Los Angeles, CA  90025
   Telephone:   (310) 696-3300
6  Telecopy:     (310) 696-3305
7
8  Attorneys for Defendant
   Enhanced Recovery Company, LLC
9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
   CAITLAN PEREZ,                    Case No.:  CV-10-9901-JAK (JCx)
13
              Plaintiff,             [Assigned to Hon. John A. Kronstadt – Ctrm 750]
14
                                     **STIPULATION OF DISMISSAL**
15     vs.
16                                   Complaint Filed:  December 23, 2010
   ENHANCED RECOVERY
17 COMPANY, LLC,
18            Defendant.
19

20

21 ///

22 ///

23 ///

24

25

26

27

28
                                   1
                     **STIPULATION OF DISMISSAL**

perez v. erc -- stipulation of dismissal

1    Plaintiff Caitlan Perez and defendant Enhanced Recovery Company, LLC

2 hereby stipulate and agree, through their respective counsel of record, that:

3    (1)   This action shall be dismissed with prejudice pursuant to Fed. R.

4 Civ. P. 41(a)(1)(A)(ii);

5    (2)  Each party shall bear her or its own attorney's fees and costs;

6 and

7    (3)  The Court will retain jurisdiction to enforce the settlement agreement in

8 this action.

9
   DATED:  August 10, 2011          LAW OFFICES OF TODD M.
10                                   FRIEDMAN, P.C.

11

12                                   s/Todd M. Friedman
                                     Todd M. Friedman, CSB # 216752
13                                   369 S. Doheny Dr., #415
                                     Beverly Hills, CA 90211
14                                   Telephone:  (877) 206-4741
                                     Facsimile:  (866) 633-0228
15

16

17                                   Attorneys for Plaintiff Caitlan Perez

18 DATED:  August 10, 2011          LEADER GORHAM LLP

19

20                                   s/Robert B. Broadbelt
                                     Robert B. Broadbelt (SBN: 11714)
21                                   rbroadbelt@lglaw.la
                                     1990 Bundy Dr., Suite 390
22                                   Los Angeles, CA 90025
                                     Telephone:  (310) 696-3300
23                                   Facsimile:  (310) 696-3305
24

25                                   Attorneys for Defendant
                                     Enhanced Recovery Company, LLC
26

27

28                                        2

**STIPULATION OF DISMISSAL**